## DETENTION AFFIDAVIT OF GREGORY D. BROWN

I, Gregory D. Brown, being duly sworn, depose and state as follows:

## I.     INTRODUCTION

1.     I am a Boston Police Officer and have been a member of the Boston Police Department ("BPD") for approximately thirty-six years, having been employed by the City of Boston since June of 1988. In 2007, I was appointed to the rank of detective, the rank I currently hold. I am presently assigned to the BPD Special Investigations Unit ("SIU") as a criminal investigator and have been so assigned for the last seventeen years.

2.     I submit this affidavit in support of the government's motion that the following individuals be detained pending trial:

     i.   **TREA LANKFORD, a/k/a "MONTANA," a/k/a "HEFFNA BOSS DON," a/k/a "TRE CAIN,"**

     ii.   **DENNIS WILSON, a/k/a "DEUCE," a/k/a "DEEP JHONENSON,"**

     iii.   **AVERY LEWIS, a/k/a "WAVE,"**

     iv.   **MARK LINNEHAN,**

     v.   **ERIC CELESTINO,**

     vi.   **JASON BLY,**

     vii.   **TIMOTHY HEARNS, a/k/a "TOOL MAN," a/k/a "TOOLY,"**

     viii.   **DOMINIQUE CARPENTER-GRADY, a/k/a "8 ZIPP" a/k/a "EIGHT," a/k/a "EIGHTY,"**

     ix.   **ROBERT HECKSTALL, a/k/a "RIBBS," a/k/a "BUCK," a/k/a "BUCK CORLEONE," and**

     x.   **JERRY GRAY.**

3. As part of my experience investigating gangs, I have participated in numerous investigations involving a gang-related drug trafficking conspiracy, as well as other federal crimes. I have also participated in various other federal investigations involving federal crimes committed by street gang members/associates in the Boston area. These state and federal investigations have required the use of confidential informants/cooperating witnesses, electronic monitoring equipment, surveillance, and search warrants. I have testified in both state and federal court on numerous occasions.

4. One of the responsibilities of SIU is to identify criminal organizations such as illegal drug distribution organizations and to develop strategies to dismantle their illegal activities.

5. Prior to my assignment to the SIU, I was an investigator in the Youth Violence Strike Force from 1995 to 2007. Prior to that, I was assigned to the Anti-Gang Violence Unit from 1993 to 1995. My primary duties as an investigator in those units were to identify Boston based street gangs, document their membership and gather intelligence relative to gang activity. I also worked in partnerships with other law enforcement and community-based agencies to initiate procedures to disrupt the organizational structure and reduce the criminal activities of these gangs.

6. In my performance as a detective and a police officer, I have participated in numerous investigations involving a variety of criminal activity including the illegal distribution of narcotics. BPD conducted some of these investigations exclusively, while others were conducted jointly with the Massachusetts State Police ("MSP"), various local police departments, District Attorneys' offices, the Attorney General's Office, the United States Attorney's Office, and federal law enforcement agencies (including the Federal Bureau of Investigation ("FBI"), the Drug Enforcement Administration ("DEA") and the Bureau of Alcohol, Tobacco, Firearms and

Explosives ("ATF"). Additionally, I have also attended and successfully completed the Basic Narcotic Investigator's course, which is sponsored by the DEA.

7.      As a result of the experience that I have gained through these investigations, I have been the affiant/co-affiant or participant in the preparation and execution of well over two hundred state or federal search warrants. Many of these search warrants were issued as a result of investigations into illegal drug activities.

8.      I have been sworn in by the DEA and the FBI as a Task Force Agent whose duties included but were not limited to the participation in drug investigations authorized by the Federal Wiretap Act also referred to as "Title III." Title III is the court authorized, real time surveillance of electronic communications, including voice calls and text messages in criminal investigations. During those investigations, I participated in prolonged electronic surveillance, monitoring hundreds of hours of drug-related conversations between people involved in illegal drug distribution organizations.

9.      Between November 2008 and October 2009, I was assigned to the Criminal Division of Attorney General's Office and participated in a large-scale illegal narcotics investigation targeting a Boston-based street gang. That investigation utilized court-ordered electronic surveillance and I assisted the affiant and co-affiant on several wiretap warrants and renewals authorizing interceptions of wire communications over various telephones used by members involved in an illegal drug distribution operation. As a result of that investigation, sixteen (16) individuals were arrested, many search warrants were executed which led to the seizure of evidence, records, a large quantity of illegal narcotics, handguns, and a large sum of United States currency. I have subsequently participated in/conducted over thirty-five wiretap investigations that have resulted in the seizure of hundreds of kilograms of illegal narcotics, illegal

firearms/ammunition, millions of dollars of drug proceeds and the successful prosecution of numerous defendants.

10.     During the course of my police career, both as a uniformed police officer as well as a detective, I have been involved in hundreds of arrests of individuals for violations of the Commonwealth of Massachusetts' drug laws. I have had the opportunity to debrief many of these defendants whose participation in these offenses range from street level consumer, possessor, distributor or courier for a variety of controlled substances. As a result of these interactions as well as my participation in these drug investigations, over the years, I have gained a familiarity with the vernacular, habits, methods, routines, practices and procedures commonly employed by persons engaged in the possession, distribution and trafficking of illegal drugs.

11.     I have also become familiar with, and have utilized, many of the so-called "normal investigative procedures" used by law enforcement officers to identify, apprehend and successfully prosecute persons involved in organized drug distribution operations and conspiracies.  These "normal investigative procedures" include, but are not limited to, physical surveillance; telephone toll analysis; public record analysis; interviews; gathering information from informants; utilizing undercover police officers to purchase illegal drugs or infiltrate drug organizations; trash analysis; executing search warrants; and grand jury investigations.  I have also become familiar with the practical limitations of these techniques in penetrating organized drug operations and bringing about the successful prosecution of all participants in such conspiracies.

12.     I have participated in the arrests of numerous people for violations of both the state and federal drug laws and have testified in both the District and Superior Courts of several Counties in the Commonwealth of Massachusetts as well as the United States District Court – District of

Massachusetts as a witness in those criminal cases. I have been qualified as gang expert witness in both Federal and State court.

## II.     <u>BACKGROUND OF INVESTIGATION</u>

13.     This investigation began in 2021 as a joint effort by the DEA and the BPD Special Investigations Unit to address the recent uptick in gang-related drug trafficking, shootings and violence. Since that time, the DEA and the BPD, alongside other state and federal agencies including the FBI, the United States Secret Service, the Department of Labor, the Braintree Police Department, the Randolph Police Department, the Watertown Police Department, the Quincy Police Department, the Massachusetts State Police, and the Massachusetts Department of Corrections ("MDOC") have been engaged in an investigation into the "H-Block" gang and their members and associates.

14.     During the course of this investigation, law enforcement officers conducted over thirty controlled purchases of cocaine, cocaine base and fentanyl, during recorded drug deals that occurred with regularity in Boston and surrounding cities. Additionally, investigators made additional drug seizures and uncovered an elaborate and extensive jail-based drug operation in a Massachusetts Correctional Institution, where paper saturated with synthetic cannabinoids and other substances were smuggled into the facility for sale to inmates.

15.     As part the investigation, in August, 2024, ten members and associates of a Boston-based gang, "H-Block," were indicted and charged for a number of federal drug trafficking violations. *See United States v. Trea Lankford, et. al.*, 24-cr-10252-LTS; *United States v. Avery Lewis, et. al.,* 24-cr-10251-MJJ; *United States v. Timothy Hearns, et. al.,* 24-cr-10253- IT; and *United States v. Jerry Gray*, 24-cr-10254-AK. The defendants in those cases are the subject of this Detention Affidavit.

### III.     HISTORY OF H-BLOCK

#### A. The 1980's: The Humboldt Raiders Are Formed

16.     In the early 1980's, the Humboldt Raiders were formed as a street gang in the Roxbury section of the City of Boston. They were referred to as the "Raiders" and "Humboldt." The Humboldt Raiders established themselves in the areas of Humboldt Avenue, Ruthven Street, Crawford Street, Homestead Street, Hutchins Street, and Harold Street in Roxbury. They recruited many of the residents in this area to assist them in their drug distribution network, which expanded into the Seaver Street and Elm Hill Avenue neighborhoods of Roxbury.

17.     Humboldt Raiders gang members wore identifying clothing and apparel of the National Football League team, the Oakland Raiders, depicting the colors black, silver, and white. In 1988, the leaders of the Raiders, Mervin Reese, a/k/a "Swervin Mervin," and Chris Chaney, were shot at by their rival gang, Castlegate, while standing at the intersection of Humboldt Avenue and Homestead Street. The shots fired by their rivals missed and instead struck and killed twelve-year-old Tiffany Moore, who was seated on an electrical box at the intersection. *See Commonwealth v. Shawn Drumgold*, 423 Mass. 230 (1996). The Moore murder marked the end of the Humboldt Raiders hanging entirely on street corners. By 1989, the Boston Police Department began receiving information that Humboldt Raiders members were taking over residential apartments located on Ruthven Street and Homestead Street, including an address on Homestead Street that BPD investigators identified as the gang's headquarters.

18.     As the Humboldt Raiders were claiming territory during this decade, they engaged in several violent gang disputes with rivals from the Magnolia Street Steelers, Academy Homes Braves, and Walnut Park, which resulted in several homicides, non-fatal shootings, assaults, and other firearm-related offenses.

**B. The 1990's: The Humboldt Raiders Expand Their Gang and Drug Territory**

19.     During the 1990s, The Humboldt Raiders, a/k/a "Humboldt," developed its command structure, formulated largely through separate drug trafficking crews, and began consolidating its power and influence as a city-wide gang. The corridor of Humboldt Avenue was no longer a hospitable drug trafficking base. Employing a bold and dangerous strategy, Humboldt began infiltrating drug trafficking locales controlled by rival gangs. The result was predictable. Gang warfare erupted throughout Boston, shootings were prevalent, and many Boston gang members and innocent bystanders were killed.

20.     By 1995, the Humboldt Raiders, led by Freddie Cardoza and Angelo West, were considered one of the most violent street gangs in the City of Boston. The Boston Police Department and community leaders formulated several strategies to disrupt and dismantle the Humboldt Raiders. Within five years, the implementation of those strategies led to the arrests and convictions of several prominent Humboldt Raiders members, most notably Freddie Cardoza, Angelo West, and Christian White. The Humboldt Raiders were no longer perceived as a dominant street gang by the end of 2000.

**C. The 2000's: "H-Block" Re-emerges**

21.     Starting in early 2001, several middle school students that resided or attended schools in the Humboldt Avenue area began to identify themselves as "H-Block." Several of these students were relatives or children of original Humboldt Raiders members. H-Block members wore the identical sports apparel worn by the Humboldt Raiders, but later added the logos and sports apparel worn by the Houston Astros and logos from Harvard University, both of which featured the capital letter "H" prominently. In mid-2001, H-Block began migrating its drug trafficking operations to Holworthy Street in Roxbury. Holworthy Street is a side street that is

between Humboldt Avenue and Walnut Avenue. Holworthy Street does not connect to Humboldt Avenue because the William Monroe Trotter School and Trotter Park are between Humboldt Avenue and Holworthy Street. Trotter Park was a location where H-Block gang members congregated. By 2002, the Humboldt Raiders were known exclusively as H-Block, and the gang's territory began to expand into the Grove Hall section of Roxbury. At that time, the Grove Hall area was known territory of the Castlegate Road street gang, which was a rival of H-Block.

22.     In the spring of 2010, H-Block became involved in an ongoing violent dispute with Castlegate Road, which resulted in at least five homicides and several non-fatal shootings. Additionally, H-Block had ongoing violent disputes with the following Boston street gangs: Heath Street, Everton/Geneva, Creston Street, Orchard Park, Charlame Park 2, and Academy Homes. Those disputes have contributed to several homicides, shootings, and other violence. H-Block emerged from the bloodshed as one of the two most feared gangs in Boston, along with the Columbia Point Dawgs in Dorchester.

**D. The 2010's to Present – H-Block Becomes a Dominant Boston Street Gang**

23.     Since 2010, H-Block, the Columbia Point Dawgs, and Mission Hill, through violence and intimidation, aligned to solidify their hold over rival drug trafficking territories throughout Boston and developed into a truly city-wide gang. H-Block, consisting of over one hundred and forty members, were now spread throughout the city and surrounding communities. Regardless of where they were located, however, they "repped" H-Block – *i.e.*, they remained overt members of H-Block and used their gang affiliation, the threat of violence, and influence to gain and maintain status. Unlike the majority of Boston street gangs, which remain geographically limited in influence to a street, neighborhood, or housing project, H-Block has tentacles and influence throughout the city.

24.     One such example of this violence occurred on May 8, 2010 when HEARNS fatally shot and killed a 14-year-old boy on a Bromley-Heath basketball court in Jamaica Plain. A 16-year-old boy was also shot and wounded. HEARNS and fellow H-Block gang member Ramon Silvelo-Miles were convicted for their roles in the shooting, for which HEARNS is still incarcerated. Silvelo-Miles was released following a length state prison sentence, but then arrested again on September 20, 2021 and federally indicted after investigators recovered over 200 grams of cocaine and 9 grams of fentanyl in his vehicle, along with a loaded .25 caliber pistol. Silvelo-Miles was sentenced on August 28, 2024 to 120 months in federal prison, followed by 48 months of supervised release. *See United States v. Ramon Silvelo-Miles*, 1:22-cr-10107-FDS. Despite the repeated and substantial sanctions by the criminal justice system, Silvelo-Miles continues to actively "rep" his H-Block gang affiliation.

25.     H-Block members used their influence and status to become increasingly hostile and confrontational toward law enforcement, business owners, and neighborhood residents. Older H-Block members with established reputations for violence began committing armed home invasions of local drug dealers, stealing drugs, firearms, and money. In short, H-Block used violence and general intimidation to dominate the neighborhoods to which they expanded. Below is a photograph of H-Block gang members on Humboldt Avenue in 2020.



*Left to right standing: LEWIS, WILSON, CARPENTER-GRADY, LANKFORD*

26.     Current suspected members of H-Block have a history in the 2010's of violent and confrontation with law enforcement, including a March 27, 2015 incident in which an original Humboldt Raiders member, Angelo West, without warning or provocation, shot a Boston Police Officer in the face at point blank range during a traffic stop on Humboldt Avenue. Angelo West was subsequently shot and killed while engaging other police officers in a gun battle. Two other members of H-Block were present during the encounter, including WILSON and Jonathan Aguasvivas. Aguasvivas was arrested during the incident on an outstanding arrest warrant from Charlestown District Court and WILSON was arrested on a probation warrant from Roxbury District Court. BPD and the Suffolk County District Attorney's Office subsequently investigated

the incident, and all involved officers were later cleared and returned to work. No other members of H-Block were implicated in the shooting and no new charges were filed against WILSON or Aguavivas. Nevertheless, the precedent was set, and since then H-Block members consistently threaten law enforcement officers while the officers are performing their duties. For instance, I have reviewed video footage of H-Block members taunting BPD Gang Unit officers during the execution of an arrest warrant issued by the Boston Municipal Court. During the video, the gang members can be seen challenging officers to remove their badges to "see how tough they are."

27. The following year, on June 8, 2016, Jonathan Aguasvivas, and two other individuals associated with H-Block were arrested, and subsequently convicted, for shooting and killing a 17-year-old boy outside of a Dorchester high school. Two others were injured as well. Aguasvivas received a life sentence in state prison as a result of this conviction.

28. H-Block gang members and associates have been regularly arrested for assault and battery and other offenses in confrontations with police officers. For example, on June 10, 2022, WILSON, and at least three additional H-Block gang members were involved in an altercation with BPD police officers after they responded to a radio call for a shot spotter activation in the area of Crawford Street. When officers arrived in the area, they observed one of the H-Block gang members place an item under a motor vehicle seat. The officers, who were familiar with these individuals' respective history of firearm offenses, status as gang members, and the nature of the call, stopped them, believing they may have discarded a firearm in the vehicle. The officers were then confronted by WILSON and another gang member, who challenged the officers to fight them and shouted obscenities at them. One of the H-Block gang members present became especially violent and eventually punched an officer during the encounter. He was arrested and later charged with assaulting the officer. WILSON was also arrested and charged with disorderly conduct.

Officers found crack cocaine in the car under the same seat where the officers had first observed the H-Block gang member placing an item. A large amount of designer marijuana was also found in the car. This incident illustrated the attitude common among members of H-Block, who have no respect or regard for members of law enforcement.

29.     H-Block has continued to expand its drug trafficking network outside of Boston, establishing strongholds and customer bases in Cambridge, Watertown, Newton, and Belmont. As H-Block's status and drug trafficking grows, so does the notoriety of H-Block members, through the creation of various record labels, for example, "Shooterz Muzik," and clothing lines like "44 Wayz," named for the number of the city bus route that travels on Humboldt Avenue.

30.     These clothing brands serve the dual purpose of promoting the gang and enriching individual gang members, who sell merchandise, such as hats, t-shirts, and other clothing with grand logos, and thereby profit from the notoriety of the gang.  Similarly, H-Block gang members have produced, appeared in, and published rap videos that are filmed in locations throughout Boston. In the videos, they wear Oakland Raiders apparel and deploy other visual signals and cues to represent their H-Block gang affiliation, such as by wearing specific colors, flashing H-Block gang signs, and portraying areas of that city claimed as gang territory.  The song lyrics also commonly involve references to the gang, involving topics like gang feuding, criminal activity, and specific incidents, like shootings and murders.

31.     Through record labels like Shooterz Muzik, H-Block gang members promote and publish rap videos in social media, most prominently on the content-sharing platform, YouTube. In these videos, H-Block members showcase their luxury vehicles, cash, expensive jewelry, and firearms. The videos also serve to reinforce H-Block's reputation for violence, and to stoke conflict with rivals. For instance, H-Block has a long-standing conflict with the Everton/Geneva Grizzlies

street gang. This conflict climaxed when H-Block member Michael "Pac Man" Ross was murdered on March 30, 2018. A member of Everton/Geneva was convicted for Michael Ross's murder. Shooterz Muzik produced a rap video featuring a known H-Block member that was filmed on the corner of Geneva Avenue and Vaughn Avenue in Dorchester, directly in front of the sign for the Geneva Apartments – an attempt to demonstrate H-Block's flagrant disrespect for the Grizzlies and their territory.

32.    In another rap video titled "Wankstas" [1] featuring CARPENTER-GRADY, he raps about the and shooting rival gang members, while wearing Raiders apparel and a t-shirt that says "FREE NIGGAS FUCK 12," the later words being a derogatory statement about police officers. An excerpt from that YouTube video – "Wankstas" featuring CARPENTER-GRADY:

> It's 80 aka 8zipp nigga fuck yo bitch nigga
> Most of them niggas ain't gangsta
> 50 shots out this 9 walking through the 'jects, think I'm a stranger
> just know you niggas in danger
> Put this flame on a flamer [2]
> spin it just to get my aim up
> Everywhere I go I'm thanged up
> you don't want to see this thang bust
> Bitch I'm 200k'ed [3] up your baby mother want a raider
> She probably heard I'm getting paper, casa migos no chaser
> We ain't worried about the Wankstas tell them bitch niggas spin it back
> you said send em then we send em back, we gonna turn your friends into packs [4]

---

[1] 8 Zipp - Wankstas (Official Video) – YouTube, accessible at https://www.youtube.com/watch?v=i2JEifC7xJM (last accessed August 28, 2024).

[2] "flamer" is a term used by rival Heath Street gang members to refer to themselves.

[3] "200" block is a term used by rival CP2 associates to refer to themselves, this is meant as disrespect to CP2 (200 killer).

[4] A "pack" is a generic term for a strain of marijuana. Boston gang members often "smoke" dead rivals as a sign of disrespect, and refer to them as strains of marijuana.

You said you pop something, little nigga need to stop fronting, we top hunting [5]
fuck the cops coming, keep on shooting until you stop running,
we ain't leaving until we drop something
Stupid nigga you are not hustling, ain't been to the dealer to cop nothing
on grandmas stoop I was blocking hugging, then I popped something
It's Shooters every time we carry techs [6] and 9s,
it's fuck em every line this light I let it shine
Lil shorty's ocean prime super, wet I'm a lifeguard
give me head because my life hard, you do it better with the lights off
You said you got bricks let me see what niggas talking about
you barely got clips, niggas talking because they got a mouth
You think you the shit but you nowhere near the hardest out
you said you take trips, you the bitch getting flown out
I got a sticky on the 'stead [7] block, four-five of the red tops
spin through get ya head popped, we got the streets in a head lock
clip longer than the dreadlocks. We keep rolling all these dead ops
give a fuck if the feds knock, the best cop is a dead cop

 

---

[5] "Top" hunting is a term meaning looking for head shots, or to shot someone in the head.

[6] Intratec 9mm firearm.

[7] Homestead Street



*Source: YouTube video "Wankstas" featuring CARPENTER-GRADY (8 Zipp) - in these still images - as well as fellow H-Block gang members, including WILSON and LANKFORD.*

33.    Immediately after CARPENTER-GRADY ends his verse of "the best cop is a dead cop," another H-Block gang member in the video states "They look good when they're alive, but they smell better when they're dead! The smell better when they're dead! Best cop is a dead cop!"

34.    Numerous other Shooterz Muzik videos posted on YouTube feature H-Block members rapping about violence, drugs, money, and guns, like: "Kicking Doors" [8] featuring LANKFORD and CARPENTER-GRADY, "No Free Sh*t" [9] featuring LANKFORD and

---

[8] Heffna - Kicking Doors feat. 8 Zipp & Q Philly – YouTube, accessible at https://www.youtube.com/watch?v=N53ZwM0BXhg (last accessed August 28, 2024).

[9] Boss Don Heffna & 8 Zipp - No Free Sh*t (Official Video) – YouTube, accessible at https://www.youtube.com/watch?v=lh84TiwAJ0Q (last accessed August 28, 2024).

CARPENTER-GRADY, "Head Tap" [10] featuring CARPENTER-GRADY and "Zipp'n Brickz"[11] featuring CARPENTER-GRADY, posted just a few days ago.

35.     The rap music and clothing brands have contributed to H-Block's increased visibility both in social media and on the street. The exposure and influence coincides with H-Block's links to the lucrative drug trade.  Gang members are frequently seen in the city wearing expensive jewelry, designer clothing, and spending cash freely, with no known source of legitimate income. As one of the top gangs in the city, H-Block is a target for rival gangs, fueling tensions and violence.

36.     The increased attention of both rivals and law enforcement has not quelled H-Block gang members' propensity for firearm possession and gun-related violence.  Recently, in addition to Silvelo-Miles, several younger H-Block gang members have been convicted of illegal firearms offenses. 20-year-old Tyreek Hall, an active H-Block gang member, was arrested and subsequently sentenced to federal prison for being a felon in possession of ammunition on June 9, 2022.  One that day, investigators located a loaded ghost gun he possessed and posted on social media, after he had been released from parole for a prior conviction of assault with a dangerous weapon (firearm) 9 days earlier. *See United States v. Tyreek Hall*, 22-cr-10258-IT.  Additionally, 23-year-old Michael Wilkerson, another active H-Block gang member, was arrested and subsequently sentenced to federal prison after a series of search warrants on February 16, 2023. Wilkerson was

---

[10] 8 Zipp & KT Cuatro - Head Tap (Official Video) – YouTube, accessible at https://www.youtube.com/watch?v=TTP_rXXHIXw (last accessed August 28, 2024).

[11] King Brickz & 8 Zipp - Zipp'n Brickz– Spotify, accessible at https://open.spotify.com/album/5zENnJ31N5hrMM80FRRus0?si=VwIDPfsnR_uqd4QETOQyz (last accessed August 28, 2024).

convicted for 3-D printing and selling machinegun conversion devices, out of a residential address on Homestead Street. *See United States v. Michael Wilkerson*, 23-cr-10077-ADB.

37. Since the start of this investigation, the Boston Police Department has attributed at least a dozen incidents involving firearms and gunfire to the tensions involving H-Block gang associates, whether that be involving rival gang members, internal rivalries, or involving BPD police officers. On September 25, 2022, H-Block gang member Alberto Polanco was arrested, and then subsequently convicted, with shooting out the back window of an unmarked BPD police car while a plain clothes officer was inside. More recently, on March 18, 2024, Avery LEWIS was arrested, and has since been subsequently indicted for shooting a Boston police officer in the chest after fleeing from officers as they approached. The firearm, as well as 61 grams of cocaine was recovered from LEWIS' when he was arrested.

## IV. DRUG DISTRIBUTION EFFECTS IN THE COMMUNITY AND IN THE PRISONS

38. The investigation confirmed that H-Block gang members bolster drug trafficking networks with access to various types of substances, including cocaine and fentanyl. H-Block drug activity spans Boston and its surrounding communities and even penetrates the state's prison system.

39. Fentanyl and cocaine are deadly drugs that have created havoc in the United States, and more specifically in Massachusetts, over the past several years. The tragedies of drug abuse and overdose deaths are sadly too familiar to many families across this District. Numerous H-Block gang members, including these defendants, are part of the narcotics supply chain that contributed to such tragedies.

40. When considering the brazen nature of the drug trafficking involved in this investigation, it remains critical not to lose sight of the devastating effects cocaine use has on users

and communities where dealers like these defendants who are selling drugs for profit. Fatalities involving cocaine are increasing, and cocaine was involved in 15,025 overdose deaths in the first six months of 2023, according to provisional CDC data. Cocaine-related deaths have increased every year since 2015, often because these drug consumers purposely use both stimulants and opioids as a result of their drug addiction. [12]

41.     Fentanyl is an extremely potent synthetic opioid that has become increasingly found in counterfeit branded 30 mg oxycodone pills and distributed regularly to the street market for opioids. These counterfeit branded pills were the form of illegal fentanyl distribution in this case. In 2023, DEA forensic laboratory analysis showed that approximately 7 in 10 fake pills contain a potentially deadly dose of fentanyl. [13] Fake prescription pills containing fentanyl present an extreme danger. Most of these fake pills are made to look nearly identical to real prescription pills, such as oxycodone (M30, Percocet); hydrocodone (Vicodin); or alprazolam (Xanax), and the fentanyl content in these fake pills is known only after field testing or laboratory analysis. [14]

42.     Massachusetts has been one of the states hardest hit by the opioid crisis. Between March, 2023 and March, 2024, Massachusetts had 2,223 reported opioid-related overdose deaths.[15] Based upon the 2023 data available to date, of the 2,310 individuals whose deaths were determined to be opioid–related and a toxicology screen was performed, fentanyl was present in

---

[12] DEA, 2024 NATIONAL DRUG THREAT ASSESSMENT at 35 (2024), *available at* https://www.dea.gov/sites/default/files/2024-05/NDTA_2024.pdf (last visited August 28, 2024)

[13] *Id* at 20.

[14] *Id*.

[15] Centers for Disease Control and Prevention, *Percent Change in Reported 12 Month-ending Count of Drug Overdose Deaths, by Jurisdiction: March 2023 to March 2024*, available at https://www.cdc.gov/nchs/nvss/vsrr/drug-overdose-data.htm (last visited on August 28, 2024).

93% of cases, and cocaine was present in 53% of cases, the two most common substances found, followed by alcohol at 28%. [16] These statistics convey in stark terms the tragic impact of the opioid epidemic on families and communities across Massachusetts. The defendants indicted here are part of the narcotics supply chain that contributed to such tragedies.

43.     Additionally, drug trafficking within prisons results in special harms to the public. These harms are especially serious for several reasons. The population in prisons is particularly vulnerable to drug abuse and overdose due to social isolation, depression and idleness. [17] Drug smuggling commonly involves low-quality or contaminated drugs, and with the prevalence of synthetic opioids in drug markets today, prisoners face heightened risks of death and overdose. [18]

---

[16] Massachusetts Department of Public Health, *Data Brief: Opioid-Related Overdose Deaths Among Massachusetts Residents (June, 2023), available at* https://www.mass.gov/doc/opioid-related-deaths-among-ma-residents-june-2023/download (last visited on August 28, 2024).

[17] Prison populations are considerably less healthy than the general population, with disproportionately high rates of chronic health problems such as diabetes, high blood pressure, and HIV.  Furthermore, prisoners are more likely to have mental health disorders than the general population.  60% of state prisoners and 42% of federal prisoners received mental health treatment at some time while incarcerated, and 1 in 4 people experience "serious psychological distress" in jails. Mental health disorders are associated with higher rates of addiction and overdose.  *See* Bethesda, M.D., Common Comorbidities with Substance Use Disorders Research Report, National Institutes on Drug Abuse (Apr. 2020), accessible at https://www.ncbi.nlm.nih.gov/books/NBK571451/ (last accessed August 12, 2024); Laura M. Maruschak et al, Indicators of Mental Health Problems Reported by Prisoners, Survey of Prison Inmates, 2016, Bureau of Justice Statistics, U.S. Dept. of Justice at 1-2 (Jun. 2021), accessible at https://bjs.ojp.gov/sites/g/files/xyckuh236/files/media/document/imhprspi16st.pdf (last accessed August 12, 2024).

[18] According to California prison data from 2006-2019, the death rate from overdoses in prisons is "mirroring the 'opioid epidemic'" across the United States.  *See* Kent Imai, MD, Analysis of 2019 Inmate Death Reviews in the California Correctional Healthcare System, CCHCS 2019 Mortality Review Analysis at *28 (1/11/2021), accessible at https://cchcs.ca.gov/wp-content/uploads/sites/60/MS/2019-Inmate-Death-Reviews.pdf (last accessed August 12, 2024).

Friends and family members of prisoners tend to bear the financial burdens of the consumption of extremely costly substances distributed within prisons, as prisoners themselves have little means for paying the prices, while traffickers and smugglers reap the economic benefits. The perverse financial incentives can negatively impact the prison system more broadly such as by corrupting prison guards and staff and compromising safety and security within the facility. Lastly, drug trafficking within prisons defeats important objectives of the judicial process, particularly the rehabilitative aspects of sentencing. [19]

44.     Relatedly, the incidence of illicit drug use and violence in prisons appears to be correlated. From 2001 to 2019, the number of deaths by drug or alcohol intoxication grew 623% and homicides increased 267%, compared to an increase of 34% for the total number of deaths during this period.[20] A meta-analysis in 2020 showed that *"*individuals with a diagnosed drug use disorder have a 4- to 10-fold higher risk of perpetrating violence compared with general population or individuals without the drug use disorder being studied.[21] Violence in prisons is thus likely to

---

[19] Naturally, addiction often continues after prisoners are released into the community and overdose rates following release indicate that drug addictions may worsen while in custody. The community impact of these harms is widespread and difficult to measure. In a cohort study between 2014 and 2017, people released from prison had a higher risk of overdose events, both fatal and non-fatal, than the general population.  Daniel M. Hartung et al, Fatal and non-fatal opioid overdose risk following release from prison: A retrospective cohort study using linked administrative data, J. Subst. Use Addict Treat. (April 2023) accessible at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC10795482/ (last accessed August 12, 2024).

[20] Ann E. Carson, Mortality in State and Federal Prisons, 2001 – 2019 – Statistical Tables, Bureau of Justice Statistics, U.S. Dept. of Justice 2 (Dec. 2021), accessible at https://bjs.ojp.gov/content/pub/pdf/msfp0119st.pdf (last accessed August 12, 2024).

[21] Shaoling Zhong, Drug Use Disorders and Violence: Associations With Individual Drug Categories, Epidemiologic Reviews, Volume 42, Issue 1 103-116 (Oct. 2020), accessible at https://academic.oup.com/epirev/article/42/1/103/5917211?login=true (last accessed August 12, 2024).

increase when more drugs are smuggled to prisoners, leading to more instances of injuries and death inside prison, and more prisoner segregation. *Id*.

## V.    H-BLOCK DRUG TRAFFICKING

45.    The joint federal, state, and local investigation, dubbed "Operation Lost Raiders," commenced in fall 2021 with the objective of disrupting H-Block drug trafficking operations. DEA and BPD investigators, with their law enforcement partners, exposed the defendants' methods, associations, and access to drug sources. The arrests in this case vacate important positions within distribution networks operating illegally in Massachusetts communities, dealing a blow to H-Block's drug trafficking efforts.

46.    Operation Lost Raiders charged 10 H-Block gang members and associates with engaging in a large Greater Boston-based drug conspiracy. Of those 10, three H-Block gang members – HEARNS, HECKSTALL, and CARPENTER-GRADY – were indicted specifically for conspiring to introduce synthetic cannabinoids, or "K2," and other controlled substances into the MDOC facility, MCI-Norfolk, in the form of saturated or coated sheets of paper.

47.    Throughout the investigation, agents have seized or purchased over 500 grams of cocaine, cocaine base and fentanyl, as well as and over 20,000 doses of drug-laced paper. I know, based on my training and experience, that a single sheet of drug-laced paper is worth up to $80,000 in prison. In addition, on August 29, 2024, law enforcement officers seized additional drugs and four firearms during the arrests of several above-mentioned individuals.

### A.  The Lankford Drug Conspiracy

48.    The investigation demonstrated that a number of the defendants likely shared access to the same sources of supply, and even worked together to distribute the fentanyl pills, cocaine and cocaine base for profit. LANKFORD personally sold or negotiated the sale of cocaine, cocaine base, and fentanyl pills to an undercover police officer over thirty times during the investigation.

LANKFORD, one of the most visible members of the H-Block gang as a rap music performer with the stage name "Heffna Boss Don," is believed to wield influence in the gang.

49.     In July and August 2022, LEWIS, an H-Block gang member, sold cocaine to an undercover officer twice on LANKFORD's behalf. The investigation revealed that LEWIS was a daily street-level dealer with a regular roster of customers. In March of 2024, LEWIS was involved in an altercation with a Boston Police Department officer, leading to the officer being struck with a bullet fired by a gun that LEWIS had concealed in his possession. He is currently in state custody on that matter, which is pending.

50.     On numerous occasions, WILSON, an H-Block gang member and a close associate of LANKFORD, accompanied LANKFORD to the drug deals with the undercover officer. This investigation also revealed that aside from traveling with LANKFORD and driving him to several controlled purchases, WILSON also let LANKFORD use his car on numerous occasions to meet the undercover officer.  In June 2024, WILSON pled guilty in Suffolk Superior Court to possession with intent to distribute cocaine and assault, where he was sentenced to 18 months in the house of correction.  That conduct was for WILSON's arrest on October 22, 2021, after he brandished what appeared to be a gun (no firearm was recovered) at other civilians on Humboldt Avenue, because he "wanted to scare them." Later, BPD officers recovered 19.75 grams of cocaine from his car.

51.     In August of 2022, LINNEHAN, an H-Block gang associate, also conducted several drug deals with the undercover officer on LANKFORD's behalf.  This investigation revealed that LINNEHAN was the supplier of the counterfeit "Percocet" pills made with fentanyl, that were sold to the undercover officer.

52.     Additional H-Block gang members CELESTINO and BLY were also involved in this drug trafficking conspiracy as cocaine suppliers. Specifically, CELESTINO was supplying cocaine to LANKFORD and WILSON, and BLY was supplying cocaine to LEWIS.

i.  October 6, 2021 to January 21, 2022

53.     During the first four months of the investigation, LANKFORD sold cocaine and cocaine base to the undercover officer on nine occasions. On at least four occasions, WILSON's car – a 2019 Honda Accord registered in WILSON's name – was observed, either parked near the deals, or as the car in which LANKFORD arrived at the deals.

ii.  January 28, 2022 to February 11, 2022

54.     LANKFORD conducted two controlled substance sales to the undercover officers during this period, both taking place on the street in front of a residential address associated with LANKFORD in Jamaica Plain. During the January 28 purchase, WILSON drove LANKFORD to the cocaine deal in his 2019 Honda Accord. On that date, LANKFORD sold the undercover officer two eight balls of powder cocaine (6.32 grams) for $600. During the February 11 purchase, LANKFORD sold two eight balls of powder cocaine (6.989 grams) for $600.

 

*Pictures from the controlled purchase with LANKFORD on January 28, 2022*

### iii. <u>March 4, 2022 to May 20, 2022</u>

55. In this time period, LANKFORD completed an additional seven controlled purchases with the undercover officer, all near either Gallivan Boulevard or Morrissey Boulevard, both in Dorchester. Each of these controlled purchases were for either two or three eight balls of drugs, including on March 4 when LANKFORD arrived in WILSON's 2019 Honda Accord and sold the undercover officer 9.29 grams of powder cocaine for $900. Additionally, on March 11, LANKFORD arrived in a car registered to the girlfriend of another H-Block gang member, and sold the undercover officer two eight balls of cocaine base (6.621 grams) for $600. Further, on March 25, WILSON drove LANKFORD to the deal in the 2019 Honda Accord and LANKFORD met the undercover officer and sold him 6.311 grams of cocaine base for $600. On April 8, LANKFORD arrived at Morrissey Boulevard for the deal in a 2017 Honda Accord registered to LEWIS. LANKFORD sold the undercover officer 6.291 grams of cocaine base for $600.

### iv. June 3, 2022 to June 24, 2022

56.    During these two controlled purchases with LANKFORD, he directed the undercover officer to meet with him in Revere. On June 3, LANKFORD sold the undercover officer 6.811 grams powder cocaine for $650 and was observed then walking to an apartment building on Ocean Avenue. Additionally, on June 24, LANKFORD drove a rented car to meet the undercover officer, where he sold the undercover officer 11.906 grams cocaine base for $1,050.

### v. July 15, 2022 to July 28, 2022

57.    In July of 2022, investigators learned that LANKFORD was planning to travel to Atlanta, Georgia on July 13. Accordingly, when the undercover officer contacted LANKFORD on July 14 to order 30 grams of cocaine for $2,200, LANKFORD acknowledged that he was "not around" and offered to send his "brother" to complete the deal.

58.    Thereafter, LANKFORD coordinated a drug deal on July 15 between the undercover officer and an H-Block associate, and while the undercover officer was waiting, LANKFORD called him to inform him to look for the "dude with the pink hoodie . . . He's walking over to you now." Moments later, that H-Block associate, wearing a pink hooded sweatshirt, entered the undercover officer's truck and exchanged 19.953 grams of powder cocaine for $2,200. Notably, in intercepted communications, LANKFORD expressly instructed the gang associate to give the undercover officer only 20 grams only but to still charge the undercover officer the full price, $2,200.

59.    During the next controlled purchase on July 28, while LANKFORD was still in Georgia, he sent a different drug dealer to meet the undercover officer, who had complained about the gang associate shorting them in the previous deal. Surveillance personnel observed LEWIS arrive to meet the undercover officer in his 2017 Honda Accord (the same car LANKFORD was

driving on April 8, 2022) and exchanged 13.917 grams powder cocaine for $1,100 with the undercover officer. Before LEWIS left, the undercover prompted him about LANKFORD, asking if he should "call you or just call Montana?" LEWIS responded, "Check with him, or just confirm with him, or whatever."



*Surveillance photograph from the controlled purchase with LEWIS on July 28, 2022*

> vi. August 4, 2022

60. The next transaction occurred on August 4, after the undercover officer asked LANKFORD about the availability of "Molly" (MDMA) and "skittles the little blue pills." LANKFORD advised that the "skittles" were "Percs" (counterfeit Percocet pills) and further stated that he would have to "make some calls" for "the 30's" (30 milligram pills). Subsequently, LANKFORD messaged the undercover officer that he "just got them a deal" and could offer 150 pills for $1,500.

61.     On August 4, LANKFORD coordinated the controlled purchase, and LINNEHAN met with the undercover officer. LANKFORD had texted the undercover officer, "He big white boy good friend of mine he prolly standing n front lq" (liquor store). Moments later, a heavy-set white male, later identified as LINNEHAN, entered the undercover officer's truck.  He sold 20.113 grams of fentanyl in pill form (139 pills) to the undercover officer for $1,500.  Before LINNEHAN, who was wearing a GPS bracelet as a condition of his release in Suffolk Superior Court, exited the truck, the undercover officer stated, "Montana's good to me, man . . . we could do this a lot;" LINNEHAN responded, "yeah, just hit him."



*Surveillance photograph from the controlled purchase with LINNEHAN on August 4, 2022*

       vii.  <u>August 9, 2022</u>

62.     On August 9, the undercover officer conducted another purchase of cocaine from LEWIS, arranged by LANKFORD. Leading up that that purchase, LANKFORD asked, "Wats the

order u gonna need Tuesday so my bro ready". The undercover officer responded "14" and "Should be good for 1:30 at the liquor store spot… for the 14." On August 9, LEWIS sent a text message to the undercover officer: "1230 or 1 you'll be there. It's Montana Boy." LEWIS then directed the undercover officer to go to the "same CVS" as the July 28 drug deal and subsequently, LEWIS arrived to meet the undercover officer in his 2017 Honda Accord. LEWIS entered the undercover officer's truck and exchanged 13.927 grams of powder cocaine for $1,100. Notably, approximately 45 minutes later, LEWIS sent $300 to LANKFORD "for grocery" via Cash App.

viii. <u>August 17, 2022 to August 25, 2022</u>

63. LANKFORD, while still in Georgia, coordinated with the undercover officer and fulfilled another order of 200 "perc 30" pills from LANKFORD, LANKFORD informed the undercover officer that "the white guy" would meet him on August 17 in Braintree. On that date, LINNEHAN arrived at the meeting location in the same black Jeep Cherokee he drove to the August 4 drug deal and removed a bag of pills from the groin area of his shorts and gave it to the undercover officer in exchange for $2,000. The pills had the same appearance as the pills sold by LINNEHAN on August 4, and they (206 pills) consisted of 30.133 grams of fentanyl. LINNEHAN also provided the undercover officer with "samples" of powder fentanyl (2.611 grams) and powder cocaine (1.071 grams).

64. Shortly thereafter, LANKFORD returned to Boston and agreed to meet the undercover officer on Gallivan Boulevard to sell him 14 grams of cocaine for $1,100, and 300 "perc 30's" pills for $3,000. However, on August 24, the undercover officer received a text message from LANKFORD indicating that he had the cocaine but the 300 pills would not be available until the evening or the next day. The undercover officer agreed to meet LANKFORD for the cocaine transaction only on August 24. That day, the meeting location was changed to the

area of Quincy Street in Dorchester and surveillance personnel observed LANKFORD arrive, driving WILSON's 2017 Honda Accord. WILSON was seated in the front passenger seat. LANKFORD and WILSON waited in the car and seven minutes later, another H-Block gang member arrived on foot and entered the back seat of the 2017 Honda Accord. Moments later, at 1:59 p.m., LANKFORD then conducted the drug deal in the undercover officer's truck, selling him 7.2 grams of powder cocaine and 6.6 grams of cocaine base for $1,100.

65.     The following day, August 25, LANKFORD agreed to meet the undercover officer to complete the transaction for the "perc 30's" pills originally planned for the previous day. LANKFORD directed the undercover officer to meet him at the "same place" (parking lot at intersection of Quincy Street and Dacia Street) and surveillance personnel subsequently observed WILSON's 2017 Honda Accord approach the location with multiple occupants. LANKFORD was driving the car. WILSON was identified as the front seat passenger and LINNEHAN was identified as a rear seat passenger. LANKFORD parked nearby but, like the previous day, initially waited for a period of time before conducting the drug deal with the undercover officer.

 

*Pictures from the controlled purchase on August 25, 2022, showing LANKFORD in the UC car (left), and the H-Block gang member interacting with the occupants of WILSON's car (right).*

66.     After several minutes, surveillance personnel observed the same H-Block gang member who had arrived on foot to the drug deal the previous day, approaching WILSON's car again, this time on a scooter. The gang member had a brief interaction with the occupants at the passenger window before entering the backseat of the car. Almost immediately, LANKFORD exited and proceed to the undercover officer's truck to conduct the drug deal. Inside the truck, LANKFORD sold 39.946 grams of fentanyl in pill form (298 pills) to the undercover officer for $3,000.  The pills had the same appearance as the pills sold by LINNEHAN on August 4 and August 17.

i.  October 5, 2022

67.     The last controlled purchase by the undercover officer occurred on October 5, 2022, when LANKFORD sold him 6.8 grams of cocaine base and 3.8 grams of powder cocaine for $1,000.

**B.  The Drug Seizure in Braintree**

68.     As a result of this investigation, BLY was identified as a cocaine supplier for LEWIS.   Specifically, relying on intercepted communications between LEWIS and BLY, investigators stopped LEWIS shortly after a meeting with BLY, and they seized approximately 250 grams of cocaine, as described below.

69.     On April 5, 2023, based on wire interceptions, investigators learned that LEWIS was planning to meet BLY to be re-supplied with narcotics.  After intercepting the communications between LEWIS and BLY about meeting, law enforcement personnel established surveillance positions in the area where LEWIS' car, a black Honda Accord was parked in Stoughton. Subsequently surveillance personnel observed LEWIS exit a Stoughton residence and place a brown shopping bag into the trunk of the black Honda Accord.  LEWIS then entered the driver's

seat and drove directly to BLY's residence in Quincy, where he parked and called BLY to meet in "the back."

70.     After LEWIS parked, he exited the black Honda Accord and entered BLY's apartment building through a rear door. LEWIS exited the building briefly and jogged over to the black Honda Accord before re-entering the building. Eventually, LEWIS exited the rear door of BLY's building again, this time holding a dark colored plastic bag that appeared to be weighed down by its contents. LEWIS proceeded directly to the driver's seat of the black Honda Accord and departed the area. Surveillance personnel followed LEWIS as he travelled from Quincy to Braintree, where he was stopped by the Massachusetts State Police at the direction of investigators, based on their belief from the intercepted communications and observations of surveillance personnel, that BLY had supplied LEWIS with a quantity of drugs, of which LEWIS was presently in unlawful possession.

71.     LEWIS was stopped in the black Honda Accord in the area of Elm Street and Church Street in Braintree. After an investigation by the Massachusetts State Police, a search of the vehicle was conducted utilizing a trained narcotics canine. Approximately 250 grams of suspected cocaine was seized from LEWIS' vehicle after the canine indicated to the rear seat, where the drugs were hidden in a compartment underneath a cushion. The substance was later submitted to the DEA Northeast Laboratory for chemical analysis, and the results confirmed the presence of cocaine.

### C.  The Prison Drug Conspiracy

72.     The Massachusetts Department of Corrections ("MDOC") has seen a significant increase in the smuggling of synthetic cannabinoids, "K2," into the prison system. A common method of smuggling synthetic cannabinoids into Massachusetts prisons is via the U.S. postal

system. Packages are often marked as legal mail and the pieces of paper inside the packages are saturated in liquid narcotics, dried and then mailed to the prison. These packages are often marked as legal mail so that they receive less scrutiny at the prison facility. In this case investigators seized several sheets of paper that tested positive for the presence of K2, PCP (Phencyclidine), and other similar substances.

73.     The scheme to import synthetic drugs into the prison system required coordination outside of the prison walls, thus inmates used the prison telephone system to communicate with their co-conspirators. Investigators at MDOC facilities on this case monitored inmate communications, both telephone calls and emails. The MDOC telephone system informs both the dialing and receiving party that the conversation is being recorded. Inmates adapted to the recording warnings by speaking to co-conspirators in vague and coded terms and having them merge or transfer their calls to a third party to conceal their identities and hide the nature of their conversations. Each inmate is assigned their own unique PIN number which allows investigators to access each inmates' recorded conversations.

74.     HEARNS and other H-Block members were incarcerated at MCI-Norfolk. HEARNS used the inmate telephone system to import, coordinate and distribute synthetic cannabinoids within MCI-Norfolk and other MDOC facilities. In addition to the recorded jail calls investigators conducted electronic surveillance via Title-III intercepts on several members of the H-Block gang, including HECKSTALL and CARPENTER-GRADY.

75.     The recorded jail calls and intercepted communications revealed that HEARNS, HECKSTALL, CARPENTER-GRADY, and others conspired to introduce synthetic drugs into prison facilities for unlawful distribution. Specifically, the intercepted communications revealed to investigators certain details about how HECKSTALL obtained the paper saturated in narcotics,

and how he intended to use the mail to smuggle it into the prison. Also, investigators, intercepted CARPENTER-GRADY when he conspired with HEARNS and HECKSTALL to smuggle controlled substances. Based on the recorded jail calls and intercepted communications investigators identified and interdicted paper laced with synthetic cannabinoids and other controlled substances.

76.     HEARNS, HECKSTALL, CARPENTER-GRADY, and others repeatedly discussed the logistics of the synthetic drug scheme and the movement of the profits through Cash App.  An example of communications that were intercepted on a court ordered Title III intercept of HECKSTALL's cellular telephone include: a March 18, 2023 call where HEARNS and HECKSTALL discussed the effects of using the K2-laced paper.  HEARNS told HECKSTALL that he wanted to get high: "I just want to be in real good. You know what I'm saying?" HECKSTALL assured HEARNS that he had tested the paper and it was potent, responding, "Alright.  This what I'm about to, and I, what I did was a…was a little bit more than an eye lash and they put me there."  Later in the same conversation, HECKSTALL suggested to HEARNS that he sent synthetic cannabinoids to an H-Block gang member inmate at a different Massachusetts prison system.  Specifically, HECKSTALL said to HEARNS, "This is what I'm gonna do, right.  This is what I'm gonna do, right.  See if uh-mm…because little 'JR.'  I sent one his wizzay and it…and it…and he's alright with it."  HECKSTALL then claimed that the synthetic cannabinoids successfully infiltrated the prison because a different inmate requested synthetic cannabinoids from HECKSTALL, "because Snack's ass was hitting me.  Feel me?  Hitting me and shit."

77.     Later that evening, HECKSTALL had a second telephone conversation related to smuggling synthetic cannabinoids into prison facilities.  An H-Block gang member called

HECKSTALL and asked, "So what's he saying about the pages?" The use of the term "pages" in this conversation refers to sheets of paper that are saturated with a synthetic cannabinoid. HECKSTALL responded that the K2-laced sheets of paper ("them shits") were in transit ("in the air"): "He said them shits… they in the air. The dude made it out a little late. So… last night he said they was in the air, so…we should be good."

78.     Investigators monitoring HEARNS' telephone activity were alerted to the possible successful introduction of K-2 by legal mail in early April 2023. On April 11, 2023, CARPENTER-GRADY confirmed to HEARNS that an item of interest had arrived. On April 12, 2023, security personnel conducted a search HEARNS' cell and seized a large amount of legal paperwork. Investigators discovered a blank sheet of paper with two red "Attorney Client Privilege" stamps on one side of the paper. The paper was consistent with saturation with K2, specifically the paper emitted an odor, and it had an unusual color and texture. The laboratory confirmed the presence of synthetic cannabinoids and controlled substance analogues, ADB-4en-PINACA and MDMB-4en-PINACA, and the DEA has identified both substances as analogues of controlled substances.

79.     Investigators monitoring electronic surveillance of HECKSTALL's cellular telephone initiated the seizure of an additional package of synthetic drugs in late April 2023. The investigation revealed that HECKSTALL at the direction of HEARNS mailed a package containing papers laced with synthetic drugs to Colorado. HECKSTALL sent the mail to Colorado because HEARNS was conspiring with a fellow MCI-Norfolk inmate who was from Colorado. Investigators learned that the inmate's accomplices in Colorado planned to print bogus legal mail on the synthetic drug laced paper and then mail it from Colorado to the MCI-Norfolk facility.

80.    In the same April 11, 2023, recorded jail call that CARPENTER-GRADY informed HEARNS that the K-2 laced paper had "landed," he initiated a three-way call with HECKSTALL. HEARNS informed HECKSTALL that he needed his assistance and asked him, "what you got leftover?" HECKSTALL responded by telling him that he will have his "load" tomorrow and that "whatever I got is yours man." HEARNS then told HECKSTALL that he needs him to mail a package via the U.S. postal service and get the tracking number. HEARNS then provided the name and address in Colorado that HECKSTSALL is to send the package.

81.    Before HEARNS and HECKSTALL ended their conversation, HEARNS told HECKSTALL, "yo Buck, I'mma call back in the morning just to make sure, but I really need you to give me. You heard." On April 12, 2023, HECKSTALL mailed a package from the Hyde Park, Massachusetts Post Office and addressed the package to the recipient and address that HEARNS provided. HECKSTALL used his true name as the sender of the package.

82.    As promised, HEARNS made a telephone call the next morning using the MDOC inmate telephone system. During a portion of the ensuing conversation, HEARNS and HECKSTALL again discussed the K-2 laced paper. HEARNS reiterated many of the same details of his drug order from the telephone call the day prior but only requested that "six" be mailed, instead of "ten," referring to the number of sheets of paper.

83.    The package was intercepted the next day, on April 13, 2023, before it could be delivered.  A U.S. Postal Inspector applied for a warrant to seize and search a package based on the telephone conversations between HEARNS and HECKSTALL. The package contained six blank sheets of white paper.  The laboratory analysis of the papers revealed that they were saturated with PCP and MDMB-4en-PINACA, and traces of Isotonitazene, a designer drug listed in Schedule I.

84.     On April 15, 2023, HEARNS and HECKSTALL has a conversation trying to locate the package. HEARNS called CARPENTER-GRADY from MCI-Norfolk and asked to be connected to HECKSTALL. CARPENTER-GRADY merged HECKSTALL into the telephone call with HEARNS and remained on the call. HEARNS asked HECKSTALL if he sent the package. HECKSTALL confirmed that he sent the package the next day. HECKSTALL then said he would read the tracking number, and HEARNS replied, "nah, don't do too much." HECKSTALL then called USPS and checked on the status of the package using the tracking number.

85.     A couple days after the Colorado seizure, HEARNS instructed HECKSTALL in vague terms to send the remaining blank sheets of paper saturated with K-2 to the same person in Colorado. On May 11, 2023, investigators confiscated incoming legal mail addressed to the same inmate whose wife was the person in Colorado that HEARNS had previously told HECKSTALL to send the illicit packages to. The laboratory identified the same two principal substances that were identified on the six blank sheets of paper HECKSTALL mailed to Colorado earlier, PCP and MDMB-4en-PINACA.

86.     HEARNS and HECKSTALL both repeatedly conspired with CARPENTER-GRADY to facilitate their prison smuggling scheme. For instance, on April 19, 2023, in a recorded jail call, HEARNS instructed CARPENTER-GRADY to contact "Zex" and to meet him in Springfield to "drop something off." HEARNS told CARPENTER-GRADY that he needed to first get with "Buck" (HECKSTALL). They then discussed the movement of money through Cash App accounts linked to drug trafficking. The next day, on April 20, 2023, CARPENTER-GRADY, contacted "Zex" seven times between 5:27 p.m. and 8:21 p.m.

87. In a recorded jail call on May 1, 2023, HEARNS against instructed CARPENTER-GRADY to contact "Zex." Call records show that CARPENTER-GRADY called "Zex" the next day, May 2, at 2:44 p.m. as instructed by HEARNS.

**D. The Controlled Purchase with Gray**

88. The investigation also demonstrated that GRAY, an active H-Block gang member, was a street-level drug dealer, following communications and meetings between GRAY and an FBI Cooperating Witness ("CW-1") in early 2024. GRAY was indicted following a controlled purchase of crack cocaine from GRAY on February 26, 2024. During a subsequent attempted controlled purchase on Mach 4, 2024, GRAY met with the CW, but took the $1,2000 in Official Agency Funds ("OAF") and never returned at all, let alone with the drugs, and stole that buy money from the CW.

89. During the days leading up to a controlled purchase on February 26, 2024, CW-1 agreed to buy 2 or 3 balls (3.5 grams each) of crack cocaine for $160 each. CW-1 was then directed to meet in the vicinity of Holworthy Street in Boston. Once CW-1 arrived in the area of Holworthy Street, a black 2021 Nissan Versa arrived and investigators observed GRAY exit the vehicle. They watched him approach the passenger's side of CW-1's vehicle and GRAY directed CW-1 to drive to the area of Intervale Street, where GRAY exited the vehicle temporarily and then returned to the vehicle. CW-1 handed GRAY the $480 in OAF in exchange for 9.7 grams of crack cocaine. CW-1 then returned GRAY to Holworthy Street and left the area.

90. During this purchase, GRAY told CW-1 that he could get CW-1 pills, and had previously told CW-1 on the phone that he would need to make a couple of calls to get fingers (10 gram quantities) of fentanyl for sale.

91.     On March 4, 2024, CW-1 agreed to another meeting in the area of Holworthy Street and once CW-1 arrived in the area of Holworthy Street, members of the surveillance team again observed GRAY arrive in the 2021 black Nissan Versa and enter CW-1's vehicle. GRAY directed CW-1 to the area of Hollander Street, and CW-1 handed GRAY the $1,200 in OAF for the narcotics. GRAY told CW-1 that he had to run inside to grab the crack cocaine.

92.     However, on this occasion GRAY when exited the vehicle (presumably to grab the drugs to bring back to CW-1 like the prior controlled purchase), he never returned to the vehicle. In fact, after several minutes, CW-1 saw GRAY walking on the street behind CW-1's vehicle, and a few minutes later, investigators observed GRAY return to his Nissan Versa and leave the area.

## VI.     BRIEF DESCRIPTIONS OF DEFENDANTS AND GANG ASSOCIATIONS / CRIMINAL HISTORIES

### A.     TREA LANKFORD, a/k/a "MONTANA," a/k/a "HEFFNA BOSS DON," a/k/a "TRE CAIN"

93.     **TREA LANKFORD ("LANKFORD")** is an individual who wields influence in the gang of H-Block in Boston. According to Boston Police Department records, LANKFORD has been a known member of H-Block for at least the last 15 years. LANKFORD promotes the 44 Wayz clothing line and brand in tandem with his rap business. LANKFORD records and performs rap songs with others, and he represents the H-Block gang in his music.

94.     In the video titled "BAD LIKE MIKE" [22] featuring LANKFORD (Heffnabossdon) as well as two fellow H-Block gang members, they rap about the gang and shooting rival gang

---

[22] BAD LIKE MIKE - Heffnabossdon, Fatboii Flex & KM Popout – YouTube, accessible at https://www.youtube.com/watch?v=-pW5N-0VDKM (last accessed August 28, 2024).

members.  In a draft excerpt of LANKFORD from the YouTube video "BAD LIKE MIKE" with others:

> Bitch, just like Mike I'm bad
> Yeah, fuck yo bitch, you sad
> They like damn, that's Heff, he bad
> Not only that, that boy in his bag
> Any nigga that wanna play get tagged
> Hit his…head
> Blick him…dead
> Coming live to the world from the 'stead
> Sped through CG any day, any season
> My opps straight hos, when they died they was screamin'



Source: YouTube video "BAD LIKE MIKE" featuring LANKFORD (Heffnabossdon) in the center, as well as WILSON and other fellow H-Block gang members, "throwing up the 'H'" with their hands.

95.    LANKFORD has sold cocaine or cocaine base to an undercover officer at least 30 times during the course of this investigation, as well as directing other H-Block gang members and associates to engage in drug sales on his behalf.

 

96.     LANKFORD's criminal history includes convictions for Possession with Intent to Distribute a Class B Substance (2016) - where he was arrested in a vehicle with two other H-Block associates, and in possession of numerous baggies of crack cocaine – as well as Assault & Battery on a Household Member (2016), Receiving a Stolen Motor Vehicle (2011) and Possession with Intent to Distribute a Class B Substance (2014) – where he was arrested with 11 baggies of crack cocaine, near H-Block territory.  LANKFORD also currently has pending state cases for a Larceny Conspiracy (2024) and Receiving Stolen Property and Carrying a Dangerous Weapon (2023).

## B.  DENNIS WILSON, a/k/a "DEUCE," a/k/a "DEEP JHONENSON"

97.     **DENNIS WILSON ("WILSON")** is another individual who wields influence in the gang of H-Block in Boston and member of H-Block in Boston. WILSON has a tattoo of "44" on his right hand and a "W" on his right forearm, both identifiers of the 44 Wayz clothing line associated with the H-Block gang, "44" symbolizing the number of the city bus route that travels

on Humboldt Avenue. On May 31, 2022, WILSON was at Suffolk Superior Court an engaged in an altercation with rival Health Street gang associates at the courthouse. After the altercation, WILSON retreated from the courthouse and called for backup. Numerous H-Block gang members including LEWIS and LANKFORD, all responded and the altercation escalated in the courthouse parking lot. After the H-Block gang members were dispersed by BPD officers, they walked about a block from the courthouse onto Somerset Street, came upon several other rival CP2 gang associates, and started a physical fight with those gang rivals.




*"W" on Right Forearm*          *"44" on Right Wrist*

Photographs of WILSON's tattoos, including the "W" on his right forearm and the "44" on his right wrist

98.     WILSON is a member of H-Block and a source of supply of cocaine and cocaine base in the City of Boston and its surrounding communities. He has coordinated drug trafficking activity with LANKFORD, as well as other H-Block gang members and associates including LEWIS, CELESTINO and LINNEHAN.



*Examples of social media posts and images by WILSON, including representations of "44' and the Raiders.*

99.    WILSON's criminal history includes convictions for Trafficking of Cocaine and Assault (2022) – where he brandished a weapon on Humboldt Ave, reported to be a gun, and was arrested in possession of over 18 grams of crack cocaine – and Threatening to Commit a Crime (2019), Uttering a False Check,  Forgery a Check and Larceny over $250 (2018), Larceny over $250 and Uttering False Check (2018) – where he was part of an organized group of 5 individuals that were forging checks and cashed within Boston for a total loss of $15,782.79 - and Disturbing a Funeral Possession (2018), Witness Intimidation and Threatening to Commit a Crime (2015) –

where he was intimidating and confronting BPD Gang Unit members who were in court for the arraignment of another H-Block gang member - and Resisting Arrest & Disorderly Conduct (2014), Threatening to Commit a Crime (2014), Larceny (2014), Unarmed Robbery (two counts) and Assault & Battery (two counts) (2010), Assault & Battery, Assault & Battery with a Dangerous Weapon, and Larceny from a Person (2008), and Possession of a Firearm without a Permit & Possession of a Firearm with a Defaced Serial Number (2006). WILSON also currently on probation in Suffolk Superior Court for the charge of Assault (2022) referenced above, he also has pending state cases for Carrying a Loaded Firearm without a License, Subsequent Offense, Possession of Ammunition with no ID card, and Assault & Battery with a Firearm (2021) – where he has been indicted for exchanging gunfire with a Morse Street gang associate in an incident captured on video.

## C. AVERY LEWIS, a/k/a "WAVE"

100.    **AVERY LEWIS ("LEWIS")** is a long-time gang member of H-Block in Boston and in March of 2024, he was involved in an altercation with a Boston Police Officer, leading to the officer being struck with a bullet fired by a concealed gun in LEWIS' possession.

101.    LEWIS was arrested during the course of this investigation in Braintree on April 5, 2023, with approximately 250 grams of cocaine in his vehicle.  He has also sold cocaine to an undercover officer on several occasions, on behalf of LANKFORD, during the course of this investigation, as well as coordinated other drug trafficking criminal activities with H-Block gang members WILSON and BLY.

 

102.     LEWIS' criminal history includes convictions for Possession with Intent to Distribute Cocaine (2017) – where detectives executed a search warrant on his residence in Webster and recovered 86 bags of cocaine in 2 packages within he apartment - and Possession of a Firearm without a Permit and Carrying a Firearm with Ammunition (2013) – where BPD officers responded to H-Block territory for a call of shots fired, and located LEWIS, along with LANKFORD and another H-Block gang member.  Officers recovered a gun with an obliterated serial number from LEWIS' backpack.

103.     As referenced above, LEWIS is also indicted in state court and held without bail following an incident on March 18, 2024, where he shot a Boston police officer in the chest after fleeing from officers. The firearm, spent shell casing, as well as 61 grams of cocaine, were all recovered from his person.

### D. MARK LINNEHAN

104. **MARK LINNEHAN ("LINNEHAN")** is a self-identified associate of H-Block gang members in Boston. LINNEHAN, while on a state GPS bracelet, conducted several drug deals with the undercover officer on LANKFORD's behalf and was present along with WILSON for an additional deal. LINNEHAN was the supplier of counterfeit "Percocet" pills made with fentanyl that were sold to the undercover officer during this investigation.

105. During this investigation, LINNEHAN was convicted – for stabbing another man and causing life-threatening injuries – and sentenced to state prison. Then, after he was released and on probation in November of 2023, LINNEHAN was found in violation of his Suffolk Superior Court probation — following an arrest that month in Yarmouth, MA for possessing 6.15 grams of fentanyl with intent to distribute, and he was sentenced to an additional 6 months of incarceration.

106. During the investigation, officers have reviewed numerous jail calls and discovered that LINNEHAN, during a jail call on or about November 30, 2023, merged into a three-way call, with two H-Block gang members. During that call LINNEHAN discussed attacking another inmate, stating at one point that "I seen this bitch ass nigga earlier, this bitch ass nigga in the library, even though I wasn't supposed to be in there, but…B-Mac bro, I'm going to catch him in traffic, on dawgs...he's on (unit) three-three…I'm down here on three-two."

107. While LINNEHAN was incarcerated, he was then been involved in several jail fights while in state custody. On February 27, 2024, a correctional officer observed LINNEHAN throwing closed fist punches to the head and body of another inmate. Earlier that month, on February 2, 2024, another correctional officer observed LINNEHAN and another inmate, exchanging close fist punches toward each other. Further, on December 19, 2023, a correctional

officer observed LINNEHAN and a third inmate, throwing closed fist punches, hitting each other in the head, and torso. During this fight, both inmates fell to the ground and then got up and proceeded to fight again, despite multiple orders from officers to stop fighting.

108.     LINNENHAN's criminal history, as referenced above, includes a conviction for Assault and Battery with a Dangerous Weapon Causing Serious Bodily Injury (2019) – where he stabbed another man during a fight, causing life-threatening injuries including a punctured liver. The victim in that case spent over a week in the intensive care unit at Massachusetts General Hospital. As stated above, while on this probation, LINNEHAN was arrested and charged with possession with intent to distribute fentanyl, and he was found in violation of his probation.

### E.  ERIC CELESTINO

109.     **ERIC CELESTINO ("CELESTINO")** is a long-time member of H-Block in Boston. Investigators learned that CELESTINO is a cocaine supplier for WILSON and LANKFORD.  He is currently serving a state sentence for drug distribution charges, along with illegally possessing a loaded gun during a car stop in H-Block territory in on June 26, 2020, where he was arrested following a car stop and the recovery of a loaded Glock pistol, marijuana packaged for street-level distribution, and over $5,000 in cash.  Two months earlier, in April of 2020, CELESTINO was stopped by officers while driving through rival Health Street gang territory with his headlights off. In February, 2024, CELESTINO was found guilty after trial of carrying a firearm without a license and possession of a class D substance with intent to distribute and sentenced to 2.5 years in the house of correction, with 18 months to serve, and the balance suspended for 2.5 years of probation.

110.     CELESTINO's criminal history includes convictions for Possession of Firearm without a Permit, (subsequent offense) and Possession to Distribute Class D (2020), referenced

above, Possession with Intent to Distribute a Class A Substance (2014) - where a Quincy Police drug investigation led to a search warrant and the recovered of 18 grams of heroin from his shoe – and Possession of a Firearm and Ammunition without a Permit (2011). As stated above, CELESTINO is also on state probation for his most recent firearm-related offense until 2026.

### F. JASON BLY

111. **JASON BLY ("BLY")** is a long-time member of H-Block in Boston. I learned that BLY is a wholesale supplier of quantities of controlled substances for distribution. During this investigation, BLY supplied LEWIS with a quarter kilogram of cocaine.

112. BLY's criminal history includes convictions for Attempted Assault and Battery with a Firearm & Possession of a Firearm without a Permit (2016) – during an incident where he fired several rounds from a firearm in H-Block territory and fled, which led to a police chase and the recovery of his firearm recovery. Additionally, BLY has been convicted for Possession of a Class B substance (2015), Knowingly Receiving Stolen Property (2002), and Possession with Intent to Distribute a Class B Substance (2000). BLY is currently on probation until June of 2025 for a conviction on Assault and Battery with a Dangerous Weapon (2024) – where he threw a cup of hot coffee in another man's face during an argument.

### G. TIMOTHY HEARNS, a/k/a "TOOL MAN," a/k/a "TOOLY"

113. **TIMOTHY HEARNS ("HEARNS")** is a member of H-Block in Boston. HEARNS has at least three identifying H-Block tattoos, to include the number "44" on his upper right arm, a "Raiders" symbol on his right hand and the letter "H" on his left hand.




*44 on Upper Right Arm*                    *"Raiders" on Right Hand*



*""H" on Left Hand*

114.    Investigators learned that HEARNS (while incarcerated), along with

HECKSTALL, CARPENTER-GRADY, and others, are part of a network of H-Block gang

members and associates currently reaping substantial profits from the sale of controlled

substances in prison facilities in the District of Massachusetts.

115.    HEARNS' criminal history includes convictions for Manslaughter, Armed Assault

to Murder (three counts), Assault & Battery with a Dangerous Weapon (two counts), Assault with

a Dangerous Weapon, Possession of a Firearm without a Permit (2nd offense), and Ammunition

without a FID Card (2010), Possession of a Firearm without a License & Assault & Battery with

a Dangerous Weapon (2008) - where a man was shot in the leg in Health Street territory by a group

including HEARNS and 3 other H-Block gang members – and Possession with Intent to Distribute

a Class B Substance (2008) – where he was arrested on a warrant and attempted to swallow a golf ball sized bag of crack cocaine.  As referenced above, HEARNS is currently incarcerated, serving a 19.5 – 20-year prison sentence for the 2010 Manslaughter conviction.  He was convicted in the fatal shooting of a 14-year-old at the Columbus/Heath Street basketball courts, during a time when he and other members of H-Block were engaged in a violent rivalry with Heath Street gang associates.  A 15-year-old boy was also shot and struck in the chest and arm but survived.

## H.  DOMINIQUE CARPENTER-GRADY, a/k/a "8 ZIPP" a/k/a "EIGHT," a/k/a "EIGHTY"

116.     **DOMINQUE CARPENTER-GRADY ("CARPENTER-GRADY")** is a member of H-Block in Boston. CARPENTER-GRADY has at least two identifying H-Block tattoos, to include a "Humbolt Raiders" logo and the number "44" on his arm. CARPENTER-GRADY also promotes the "FREE NIGGAS" clothing line and brand in tandem with his rap business. CARPENTER-GRADY records and performs rap songs with others, and he represents the H-Block gang in his music.



*"Humboldt Raiders" and "44"*



117.    In the video titled "No Losses" [23] – featuring CARPENTER-GRADY (8 Zipp) as well as fellow H-Block gang members, they rap about firearms, and shooting rival gang members, as well as the gang (H-Block) and drug trafficking.  In a draft excerpt of CARPENTER-GRADY from the YouTube video "No Losses" with others:

> Getting litty in front of the stores
> Don't gotta ask you, been here before
> Shooters shoot and we comin' in 4's
> Find us an opp, leave him dead on the floor
> New opp pack coming in zipps
> Fuck the beat, got them wasting they 5th
> I gotta keep me an 8 on my hip
> Don't wanna get caught like Dre on the strip
> Don't come to this side street if you don't like me
> You will got shot out yo Nikes
> I keep me a blick
> Gonna fuck up my wrist
> Now I'm into her shiny
> Won't say dawg's name till he die
> These niggas ain't never outside
> They ain't ride or put it in drive
> He was dead when his niggas arrived
>
> *****************************
> Off white, you can tell by the fit
> And my dawg bite, and I bet he won't miss
> For a half of the smack and a half of the brick
> Been trappin all day, now I'm smashin your bitch
> They was lookin for him on a Sunday
> We were back at it on that Monday
> Nigga never got to see his son play
> Tore that man down on a one-way

[23] Sidestreet Capo, 8 Zipp & KT Cuatro - No Losses (Official Video) – YouTube, accessible at https://www.youtube.com/watch?v=PItqElrumMM (last accessed August 28, 2024).





*Source: YouTube video "No Losses" featuring CARPENTER-GRADY (8 Zipp) in the center, as well as fellow H-Block gang members, including CELESTINO and WILSON.*

118.    As referenced above, investigators learned that HEARNS (while incarcerated),

along with HECKSTALL, CARPENTER-GRADY, and others, are part of a network of H-Block

gang members and associates currently reaping substantial profits from the sale of controlled substances in prison facilities in the District of Massachusetts.

119.     CARPENTER-GRADY's criminal history includes convictions for Possession of a Firearm without a Permit and Carrying a Firearm with Ammunition (2011), Larceny (2010), Possession with Intent to Distribute a Class B Substance (2009) – where he was in a vehicle with another H-Block associate and arrested with 18 bags of crack cocaine – as well as Disorderly Conduct (2008) and Use Without Authority (2007).

**I.    ROBERT HECKSTALL, a/k/a "RIBBS," a/k/a "BUCK," a/k/a "BUCK CORLEONE"**

120.     **ROBERT HECKSTALL ("HECKSTALL")** is a long-time member of H-Block in Boston. HECKSTALL has a "Raiders" tattoo on his right bicep, an identifier of the H-Block gang.



*Raiders Logo (Right Bicep)*



121.    As referenced above, investigators learned that HEARNS (while incarcerated), along with HECKSTALL, CARPENTER-GRADY, and others, are part of a network of H-Block gang members and associates currently reaping substantial profits from the sale of controlled substances in prison facilities in the District of Massachusetts.

122.    HECKSTALL's criminal history includes convictions for Home Invasion, Armed Robbery, Kidnapping (two counts), Assault & Battery with a Dangerous Weapon and Aggravated Assault and Battery (2014) – where he and 3 other masked suspects entered a residence by force, robbed the victims at gunpoint, stole approximately $2,800 dollars in cash and bound the victims while they looked through their belongings for approximately two hours – as well as Witness Intimidation (2010) – in relation to the manslaughter shooting that HEARNS and another H-Block associate, Ramon Silvelo-Miles, were incarcerated for – and Possession of a Firearm & Ammunition without a FID Card, (2007), Affray (2004), and Distribution of a Class B and a Class D substance (2003). HECKSTALL also currently has a pending state case for Assault & Battery with a Dangerous Weapon (2024) – where he slashed his employer's tires after he was terminated from his job, and then swung the knife at his employer several times, which was captured on video.

**J.    JERRY GRAY.**

123.    **JERRY GRAY ("GRAY")** is a long-time gang member of H-Block in Boston, whom investigators identified as a street-level drug dealer during this investigation. GRAY has "Raiders" tattoos on his arms, as well as "44" and other references that are identifiers of the H-Block gang.

124.    In February of 2024, GRAY offered to sell cocaine and fentanyl to an FBI cooperating witness and sold crack cocaine to that CW. He subsequently stole $1,200 "buy" money from the CW during an additional attempted controlled purchase in March of 2024, and committed

all this conduct while on probation in Suffolk Superior Court for two separate firearm-related convictions.



*Pictures of GRAY - his "44" tattoo (left) and during the controlled purchase on February 26, 2024 (right).*

125.    GRAY's criminal history includes convictions for Assault & Battery (with Firearm), Possession of a Firearm without a License and Carrying a Firearm with Ammunition, without a License (2019), Attempted Assault & Battery by Discharging a Firearm and Possession of a Firearm without a License (2018) – where he and another individual exchanged gunfire in an apartment hallway, captured by the building's surveillance footage -  and Possession of a Firearm without a Permit (two counts) and Ammunition without an FID Card (two counts) (2015). GRAY is currently on state probation for his most recent firearm-related offense - where he was stopped in a stolen vehicle at 3am and officers recovered a loaded pistol from his pants - until 2025.

## CONCLUSION

128.    The H-Block Raiders are a violent street gang in Boston with a significant operative objective – the protection of drug trafficking and other illegal activities by its members through violence and intimidation.  Each of the defendants in this case is a member of the gang (and in many instances, a member of its leadership) or a significant associate (for example, a drug supplier to gang members).  All of the defendants have demonstrated that they are drug traffickers, many of which are also dedicated members of H-Block who contribute to its operation through firearms-related violence and intimidation.  Each defendant should therefore be detained pending trial.

Signed under the pain and penalties of perjury on August 29, 2024.

GREGORY D. BROWN
Special Investigations Unit
Boston Police Department